# UNITED STATES DISTRICT COURT
## for the
Middle District of North Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 1:25MJ28-1
)
ANTWAN MATTES WILLIAMS, )
ALSO KNOWN AS "TI" )
)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____ Middle _____ District of _____ North Carolina _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC § 922(g)(1), (g)(3) | Prohibited possession of a firearm by a felon and unlawful user |
| 18 USC § 924(c) | Carrying, using, or possessing a firearm in furtherance of a drug trafficking crime |
| 21 USC § 841(a)(1) | Possession with intent to distribute a controlled substance |

The application is based on these facts:

See Attached Affidavit of Special Agent Joseph Davieau

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
/s/ Joseph Davieau
*Applicant's signature*

Joseph Davieau, ATF Special Agent
*Printed name and title*

In accordance with Rule 4.1(b)(2)(A), the Applicant appeared before me by telephone, was placed under oath, and attested to the contents of this Application, which was submitted to me by reliable electronic means.

Date: 1/30/2025  3:07 pm

_____
*Judge's signature*

City and state: Durham, North Carolina

Joe L. Webster, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ANTWAN MATTES WILLIAMS, ALSO KNOWN AS "TI" | Case No. 1:25MJ28-1 |

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Special Agent Joseph R. Davieau, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1.      I make this affidavit in support of a request for a search warrant to collect a sample of deoxyribonucleic acid (DNA) from Antwan Mattes WILLIAMS ("Subject Person"), for violations of Title 18, United States Code, Sections 922(g)(1) (felon in possession of a firearm), 922(g)(3) (unlawful user in possession of a firearm), 924(c) (carrying, using, or possessing a firearm in furtherance of a drug trafficking crime), and Title 21, United States Code, Section 841(a)(1) (possession with intent to distribute a controlled substance) ("subject violations").

2.      WILLIAMS is an adult man, further identified in Attachment A, with a date of birth in 1988.

3.      Based on the facts set forth in this affidavit, there is probable cause to believe that evidence of violations of 18 U.S.C. §§ 922(g)(1), (g)(3), and 924(c), and 21 U.S.C. § 841(a)(1), are located on the Subject Person, as fully described in Attachment A. I submit this application and affidavit in support of a search warrant authorizing a search of the Subject Person, who is currently in custody at the Moore County Detention Center located in Carthage, North Carolina. Carthage is in Moore County, which is in the Middle District of North Carolina.

1

4.     I make this affidavit from personal knowledge based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. This affidavit includes only those facts that I believe are necessary to establish probable cause and does not include all of the facts uncovered during the investigation.

## AGENT BACKGROUND

5.     I am a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have been so employed since December of 2022. I am currently assigned to the Fayetteville, North Carolina Field Office whose primary responsibilities include investigating groups or individuals who commit violations of federal firearm, arson, explosive, and narcotics laws. During my tenure with the ATF, I have assisted in the execution of search warrants that have resulted in the seizure of firearms, controlled substances, cellphones, documentation, social media account information, etc.

6.     Prior to working for ATF, I graduated from John Jay Criminal Justice in May 2016 with a Bachelor of Science in Security Management. In 2021, I graduated from the Uniformed Services University of Health Science with a Bachelor of Science in Health Science. I was previously employed with the Federal Air Marshal Service (FAMS) from September 2009 until December 2022. I have received various training to include the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia and the Special Agent Basic Training Program at the ATF National Academy. The aforementioned training included formal training in affidavit and search warrant preparation as well as formal education in federal firearms laws.

2

7.     During the course of my employment with ATF, I have been personally involved in firearm investigations, including violations of the Gun Control Act (GCA). My training and experience in the investigation of the illegal use or possession of firearms has provided me with information concerning the normal patterns and procedures through which individuals acquire, store, maintain, and/or manufacture firearms. As a result of my own personal experiences, the training I have received, and the information that I have obtained from working with other ATF agents, I am familiar with violations of Federal Firearms Laws.

## RELEVANT STATUTES

8.     Through my investigations, training, and experience, I know:

a.     Title 18 U.S.C. § 922(g)(1), states it shall be unlawful for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

b.     Title 18 U.S.C. § 922(g)(3), states it shall be unlawful for any person who is an unlawful user of or addicted to any controlled substance (as defined in Section 102 of the Controlled Substances Act (21 U.S.C. § 802)) to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

3

c.     Title 18 U.S.C. § 924(c), states it shall be unlawful for any person to use or carry, during and in relation to any drug trafficking offense, or possess a firearm in furtherance of any drug trafficking offense.

d.     Title 21 U.S.C. § 841(a)(1), states that it shall be unlawful for any person knowingly or intentionally to manufacture, distribute, dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance.

## PROBABLE CAUSE

9.     The United States, including ATF, is conducting a criminal investigation into the alleged violations of Federal Firearms Laws and Narcotics Laws committed by Antwan Mattes WILLIAMS ("Subject Person"). The investigation involves violations of 18 U.S.C. §§ 922(g)(1), 922(g)(3), 924(c), and 21 U.S.C. § 841(a)(1).

10.     On September 19, 2024, Moore County Sheriff's Office (MCSO) Special Response Team (SRT) executed a search warrant[1] on the residence located at 805 Aspen Street, Aberdeen, North Carolina, 28315[2]. During the execution of the search warrant, MCSO SRT detained all persons present on the property, to include Antwan Mattes WILLIAMS ("Subject Person"), Brooke Shaw, Rodney Quick, and Neil McGoogan.

11.     WILLIAMS was detained by MCSO SRT as he was in the hallway, appearing to have just come out of the bedroom located towards the back left of the residence. Brooke Shaw was detained in the kitchen, where she was sitting at the table. Neil McGoogan was detained in the living room, sitting on a couch. Rodney Quick was detained outside of the residence, in a vehicle.

---

[1] State Search Warrant signed by Magistrate Judge J. Harvel on September 19, 2024.
[2] According to Moore County GIS, the property is registered to Zachary Martin. Faith Faulkner is the renter of the property.

4

12.     Once detained, all persons were searched for contraband and weapons. WILLIAMS was found to possess approximately 14.1 grams of cocaine in his left shorts pocket. No other contraband was found on WILLIAMS or any other person present.

13.     During a search of the residence, officers located multiple baggies of narcotics[3], totaling approximately 39.3 grams of cocaine and sixteen (16) tablets of fentanyl, lying on the bed in the back left bedroom.  Officers also located a SCCY Industries, Model CPX-2, 9 mm pistol, serial number 766880, inside a pillowcase on the bed with the narcotics.  This was the bedroom that WILLIAMS appeared to have just exited.

14.     Following the search of the residence, ATF Agents interviewed Shaw, Quick, and McGoogan.  During the interview with Shaw, she informed ATF Agents that when MCSO SRT knocked on the door, WILLIAMS ran down the hallway, towards the bedroom that the contraband was recovered in.  Additionally, Shaw stated she did not bring any firearms or narcotics to the residence.  During the interviews with Quick and McGoogan, both stated they had not brought any firearms or narcotics to the residence.

15.     During a telephonic interview with Faith Faulkner, who is the renter of the property, Faulkner informed ATF Agents and MCSO Detectives that she did not have any firearms in the residence, only a golf club and police baton for protection.  Faulkner also informed the investigators that WILLIAMS did not have permission to be at the residence while she was not there.  Faulkner told the investigators that while she had not seen WILLIAMS with a firearm, she was under the impression he had one, but possibly lost it.  WILLIAMS made remarks to Faulkner about how he "needs a gun" and "I shouldn't be down here without my gun."

---

[3] Narcotics recovered include suspected cocaine powder and fentanyl pills.  All samples have been sent to DEA lab for testing.

Case 1:25-mj-00028-JLW    Document 1    Filed 01/30/25    Page 6 of 12

16. Based on the evidence outlined above, ATF Agents believe WILLIAMS ("Subject Person") to be the owner and responsible party for the SCCY Industries, Model CPX-2, 9mm pistol, serial number 766880, which was located inside a pillowcase on a bed with the multiple baggies of narcotics.

17. Your affiant reviewed WILLIAMS's criminal history and found that WILLIAMS has the following felony convictions, which includes convictions punishable by a term of imprisonment exceeding one year:

    a.    Offense – Possession of a firearm in furtherance of drug trafficking; Distribution of cocaine base
        Date – February 11, 2010
        Convicted – December 8, 2010
        District – Middle District of North Carolina (1:10CR21)
        Sentence – 84 months

    b.    Offense – Felony possession of cocaine
        Date – May 7, 2020
        Convicted – September 8, 2021
        County – Moore County, North Carolina
        Sentence – 6-17 months imprisonment

18. On October 1, 2024, your affiant brought the firearm to the North Carolina State Laboratory, located at 121 East Tryon Road, Raleigh, North Carolina 27603. Based on my training and experience, I have reason to believed that DNA evidence may be present on the seized firearm. The North Carolina State Laboratory will not process the firearm for latent fingerprints or touch DNA until samples from WILLIAMS that can be compared to those that will be taken by the State Laboratory from the firearm have been received.

19. On October 10, 2024, the Honorable L. Patrick Auld signed a prior federal search warrant for WILLIAMS's DNA. (1:24MJ399-1). At that time, WILLIAMS was not in custody, but your affiant swore to that affidavit under the premise that there was probable cause that he would be located at his known home of record, which was in Southern Pines, North Carolina.

6

However, WILLIAMS was unable to be located within the time allocated by the previous search warrant.

20. On November 1, 2024, your Affiant contacted WILLIAMS's Federal Probation Officer, U.S. Probation Officer Julie Myers. U.S. Probation Officer Julie Myers stated WILLIAMS had violated the terms of probation and an active arrest warrant had been issued for WILLIAMS.

21. On the basis of that active federal probation warrant, on January 29, 2025, Southern Pines Police Department apprehended WILLIAMS. The arrest occurred in Southern Pines, North Carolina, without incident. WILLIAMS is currently being held at the Moore County Detention Center.

## DNA ANALYSIS

22. Through my training and experience, I know that DNA is a molecular material found in virtually all cells of the body. DNA from a person's blood is the same as DNA from the person's sweat, saliva, and body tissue. It is possible to obtain a sample of a person's DNA from clothing they wore, objects they handled, or from traces of sweat, blood, semen, or body tissue left at a crime scene. A forensic DNA examiner can examine such DNA samples and obtain multiple genetic markers, which comprise a genetic profile. An examiner can compare a genetic profile developed from a crime scene sample with a reference sample from a known individual. With this comparison, an examiner can conclude, with reasonable scientific certainty, whether the DNA from a crime scene sample matches that of a known individual. Reference samples are commonly collected by a buccal swab, a method by which a sterile swab is used to collect the cell samples from the inside of an individual's cheek.

23.    The DNA sought in this warrant application will be submitted to the North Carolina State Laboratory for analysis and comparison to the samples that will be taken by the North Carolina State Laboratory from the recovered firearm.    In order for a DNA analysis and comparison to be done, a DNA sample must be taken from WILLIAMS. A sample of WILLIAMS's DNA can be obtained by swabbing the inside of his mouth. This process takes less than one second per side of the mouth and carries no risk of physical pain, injury, or embarrassment to the individual. Therefore, the ATF seeks two oral swabs to be taken from the inside of WILLIAMS's mouth (a buccal saliva sample) for analysis and comparison to the touch DNA swabs that will be taken by the North Carolina State Laboratory from the firearm. In the event that WILLIAMS is not willing to have a buccal saliva sample collected, I request that qualified medical personnel be called upon to assist in the collection of a blood sample. I further request that the warrant authorize law enforcement personnel or their designees, and/or prison staff to use a reasonable amount of force to obtain these samples.

24.    Based upon the foregoing, I respectfully submit that there is probable cause to believe that a buccal DNA swab saliva specimen obtained from inside the mouth and cheek area of WILLIAMS and/or a blood sample taken from WILLIAMS will constitute evidence of Title 18, United States Code, Sections 922(g)(1) (felon in possession of a firearm), 922(g)(3) (unlawful user in possession of a firearm), 924(c) (carrying, using, or possessing a firearm in furtherance of a drug trafficking crime), and Title 21, United States Code Section 841(a)(1) (possession with intent to distribute a controlled substance) ("subject violations").

8

25.    WHEREFORE, in conclusion of the facts presented, I respectfully request that this Court issue a search warrant for the person of Antwan Mattes WILLIAMS, as further described in Attachment A, authorizing the search and seizure of a DNA sample, as further described in Attachment B.

Respectfully Submitted,

/s/ Joseph Davieau

Joseph Davieau
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Dated: January 30, 2025  3:07 pm

Pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure, the affiant appeared before me via reliable electronic means (telephone), was placed under oath, and attested to the contents of this written affidavit.

Joe L. Webster
United States Magistrate Judge
Middle District of North Carolina

9

## ATTACHMENT A

## DESCRIPTION OF PERSON TO BE SEARCHED

**Person to be searched ("Subject Person"):** Antwan Mattes WILLIAMS, also known as "TI", a black male, with a date of birth in 1988, NC DL # 000034523669, FBI ID: 583858EC9, and a last known address of 135 Murray Hill Road, Apt. 7, Southern Pines, NC 28387.



## ATTACHMENT B
## LIST OF ITEMS TO BE SEIZED

Evidence of violations of Title 18, United States Code, Sections 922(g)(1) (felon in possession of a firearm), 922(g)(3) (unlawful user in possession of a firearm), 924(c) (carrying, using, or possessing a firearm in furtherance of a drug trafficking crime), and Title 21, United States Code, Section 841(a)(1) (possession with intent to distribute a controlled substance) ("subject violations"), in the form of the following:

- Buccal DNA swab saliva specimen collected from Antwan Mattes WILLIAMS; alternately, in the event a buccal DNA sample cannot be obtained, a blood sample from Antwan Mattes WILLIAMS.

11